THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

FILED IN U.S. DISTRICT COURT, DISTRICT OF UTAH
FEB 13 2026
BY ______ DEPUTY CLERK

| | |
|---|---|
| CHERYL AND CORY JONES,<br><br>Plaintiffs, | CASE NO. |
| vs. | AFFIDAVIT OF CORY JONES IN SUPPORT OF COMPLAINT |
| CLEARFIELD POLICE DEPARTMENT, et al;<br>UNITED STATES DRUG ENFORCEMENT AGENCY et al.,<br>and NICHOLAS LYON,<br><br>Defendants. | Case: 1:26-cv-00016<br>Assigned To : Pead, Dustin B.<br>Assign. Date : 2/13/2026<br>Description: Jones et al v. Clearfield Police Department et al |

I, Cory Jones, hereby swear under oath and under penalty of law that the following is true:

1. I am the natural father of Makia Dawn Jones, the deceased referenced in the Complaint in the above-entitled action.

2. I submit this Affidavit in Support of the Complaint, dated ______.

3. Attached herein by reference are Exhibits 1 through 5 as attached to the above-referenced Complaint.

4. The facts that support the statements made in the Complaint are as follows:

   a. On the afternoon of March 27, 2024, my wife, Cheryl Jones, discovered our daughter Makia Dawn Jones hanging by a black nylon ligature which was attached to a metal rod in the ceiling.

   b. My wife immediately ran to the neighbor's house asking them to call 911 for assistance. I heard my wife screaming for help downstairs so I immediately ran to find her. Upon discovery of my daughter, we got her cut down from the ceiling and I began to perform CPR on her.

   c. Upon Officer's arriving on the scene, my wife and I were immediately treated as being uncooperative and hostile.

d. Despite my wife and I's efforts to cooperate with the police officers and emergency service personnel during such a chaotic and traumatic situation, we were continued to be treated as uncooperative and hostile.

e. The police officer's that responded to our call for emergency assistance appeared to be more concerned with searching our home instead of attempting to save my daughter's life.

f. The police officer's that responded to our call for emergency assistance also failed to properly investigate the death of my daughter for any signs of foul play or to appreciate the extenuating circumstances surrounding my daughter's death.

5. The allegations made in the Complaint are re-alleged and incorporated herein by reference.

6. I hereby reaffirm and re-allege that the Defendants' actions violated my Fourth and Fifth Amendment rights.

7. I am requesting that the Court enter a declaration or judgment in support of the Complaint ordering any or all of the following:

a. A declaration that the Defendant's actions violated the Constitution;

b. Trial by jury;

c. Damages, including punitive damages, in an amount to be proven at trial;

d. Such other relief as the Court deems just and equitable; and

e. Demand for jury trial.

[THE REMAINDER OF THIS PAGE HAS INTENTIONALLY BEEN LEFT BLANK]

Dated: Jan. 9th 2026

Cory Jones
Plaintiff

State of Utah

County of Davis

On this 9 day of January, 2026, before me, Caitlyn Short the undersigned officer, Cory Jones did personally appear before me, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

(SEAL)

CAITLYN SHORT
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 740076
COMM. EXP. 11/14/2028

Notary Public
My Commission Expires: 11/14/2028

## CERTIFICATE OF SERVICE

A copy of the forgoing Affidavit of Cory Jones in Support of Complaint was sent via U.S. Mail, via electronic mail or through the Utah Electronic Filing System to the following parties this _____ day of __________, 2026.

Clearfield Police Department
55 State St.
Clearfield, UT 84015

U.S. Drug Enforcement Agency
2570 W. 1700 S.
Salt Lake City, UT 84104

Nicholas Lyon
4401 W 5780 S
Kearns, UT 84118