# RETURN OF SERVICE AUTHORIZED

FILED
2026 MAR 12 PM 2:32
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Cory Jones

**CHERYL AND CORY JONES,**
PLAINTIFF
*VS*
**CLEARFIELD CITY POLICE DEPARTMENT ET AL; UNITED STATES DRUG ENFORCEMENT AGENCY ET AL; AND NICHOLAS LYON ,**
DEFENDANT.

Case Number: **1:26-cv-00016-DBP**

I, **Matt Jennings,** state:

On **3/2/2026** at **2:00:02 PM**, I served the following: **Summons in a Civil Action, Affidavit of Cheryl Jones in Support of Complaint , Affidavit of Cory Jones in Support of Complaint, Exhibit(s) , Summons and Complaint** on **CLEARFIELD CITY POLICE DEPARTMENT** at **55 S STATE ST , CLEARFIELD, UT 84015.**

By delivering a true copy of each to **ANNIE BRADSHAW**, as **AUTHORIZED PERSON** at **55 S STATE ST , CLEARFIELD, UT 84015**. **ANNIE BRADSHAW** told me he or she was authorized to accept service for **CLEARFIELD CITY POLICE DEPARTMENT** . I told **ANNIE BRADSHAW** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

Served at following GPS coordinates, Lat: 41.113609 Long: -112.023882

X______________________________
**Matt Jennings 03/04/2026**

Job #: 2600842
Service Fee: $95.00

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512