# RETURN OF SERVICE
# NON-SERVE - DEFENDANT MOVED

FILED
2026 MAR 12 PM 2:34
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Cory Jones

**CHERYL AND CORY JONES,**
PLAINTIFF
*VS*
**CLEARFIELD CITY POLICE DEPARTMENT ET AL; UNITED STATES DRUG ENFORCEMENT AGENCY ET AL; AND NICHOLAS LYON ,**
DEFENDANT.

Case Number: **1:26-cv-00016-DBP**

I, **Annette Mackris,** state:

On **03/05/2026** at **5:42 PM**, I ***failed*** to serve the following: **Summons in a Civil Action, Affidavit of Cheryl Jones in Support of Complaint , Affidavit of Cory Jones in Support of Complaint, Exhibit(s) , Summons and Complaint** at **NEW: 3848 WEST TEMPLE APT 426, SALT LAKE CITY, UT 84115** because after a reasonable investigation, I determined **NICHOLAS LYON** moved to an undetermined address.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Moved

02/28/2026 07:31:38 PM 4401 W 5780 S, Salt Lake City, UT 84118 Roger Lyon is the father of Nicholas and last he heard he was in jail that was 4 years ago.
03/05/2026 05:42:08 PM NEW: 3848 West Temple Apt 426, Salt Lake City, UT 84115 Moved

X [signature]
**Annette Mackris 03/10/2026**

Job #: 2600843
Service Fee: $115.00

CONSTABLE'S OFFICE OGDEN CITY

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512