Kristin A. VanOrman (Utah Bar 7333)
Darcy M. Goddard (Utah Bar 13426)
Shayla A. Slaymaker (Utah Bar 20004)
**STRONG & HANNI, P.C.**
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
Email: kvanorman@strongandhanni.com
Email: dgoddard@strongandhanni.com
Email: sslaymaker@strongandhanni.com
*Attorneys for Defendant Clearfield Police Department*

---

**IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
NORTHERN DISTRICT OF UTAH**

| | |
|---|---|
| CORY JONES and CHERYL JONES,<br><br>Plaintiff,<br><br>v.<br><br>CLEARFIELD POLICE DEPARTMENT, UNITED STATES DRUG ENFORCEMENT AGENCY, and NICHOLAS LYON,<br><br>Defendants. | **APPEARANCE OF DARCY M. GODDARD AS COUNSEL FOR CLEARFIELD POLICE DEPARTMENT**<br><br>Civil. No. 1:26-cv-00016<br><br>U.S. Magistrate Judge Dustin B. Pead |

Undersigned counsel Darcy M. Goddard of the law firm Strong & Hanni, P.C. gives notice and appears as counsel for Defendant Clearfield Police Department. Please direct all future pleadings, papers, and correspondence as follows:

Darcy M. Goddard
Strong & Hanni, P.C.
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: 801.532.7080
Email: dgoddard@strongandhanni.com

Respectfully submitted this 19th day of March, 2026.

**STRONG & HANNI, P.C.**

*/s/ Darcy M. Goddard*
Kristin A. VanOrman
Darcy M. Goddard
Shayla A. Slaymaker
*Attorneys for Clearfield Police Department*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2026, a true and correct copy of the foregoing Notice of Appearance of Counsel for Clearfield Police Department was served to the following indicated by the method indicated below:

| | | |
|---|---|---|
| Cheryl Jones | (X) | U.S. Mail, postage prepaid |
| Cory Jones | ( ) | Hand Delivery |
| 644 N. 1250 W. | ( ) | Overnight Mail |
| Clearfield, UT 84015 | ( ) | Facsimile |
| makia032724justice@icloud.com | (X) | Email |
| *PRO SE* | ( ) | E-filing Notification |

*/s/ Cassidy E. Kirkham*