Kristin A. VanOrman (Utah Bar 7333)
Darcy M. Goddard (Utah Bar 13426)
Shayla A. Slaymaker (Utah Bar 20004)
**STRONG & HANNI, P.C.**
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
Email: kvanorman@strongandhanni.com
Email: dgoddard@strongandhanni.com
Email: sslaymaker@strongandhanni.com

*Attorneys for Defendant Clearfield Police Department*

---

**IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
NORTHERN DISTRICT OF UTAH**

| | |
|---|---|
| CORY JONES and CHERYL JONES,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARFIELD POLICE DEPARTMENT, UNITED STATES DRUG ENFORCEMENT AGENCY, and NICHOLAS LYON,<br><br>Defendants. | **CLEARFIELD POLICE DEPARTMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Civil. No. 1:26-cv-00016<br><br>The Honorable Dustin B. Pead<br>United States Magistrate Judge |

Defendant Clearfield Police Department (Clearfield PD), by and though undersigned counsel, respectfully requests a three-week extension of time to respond to Plaintiffs Cody Jones' and Cheryl Jones' (collectively, Plaintiffs) Complaint, dated February 13, 2016 (Doc. 1).

Clearfield PD was served on March 2, 2026 (Doc. 7), making the current deadline to respond Monday, March 23, 2026. Counsel for Clearfield PD was retained only earlier this

week, however. To meaningfully respond to Plaintiffs' allegations, counsel require additional time to analyze the Complaint and attached affidavits (Docs No. 1-1, 1-2) and to become familiar with the underlying facts. Accordingly, Clearfield PD respectfully requests three additional weeks, to and including April 13, 2026, to file its answer or other response to the Complaint.

Undersigned counsel reached out to Plaintiffs earlier today by telephone and e-mail to discuss this requested extension. Counsel did not receive a response.

A proposed form of order is submitted contemporaneously herewith.

Respectfully submitted this 19th day of March, 2026.

**STRONG & HANNI, P.C.**

/s/ Darcy M. Goddard
Darcy M. Goddard
Kristin A. VanOrman
Shayla A. Slaymaker
*Attorneys for Defendant*
*Clearfield Police Department*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2026, a true and correct copy of the foregoing Defendant Clearfield Police Department's Motion for Extension of Time to Respond to Plaintiffs' Complaint was served to the following indicated by the method indicated below:

| | | |
|---|---|---|
| Cheryl Jones | (X) | U.S. Mail, postage prepaid |
| Cory Jones | ( ) | Hand Delivery |
| 644 N. 1250 W. | ( ) | Overnight Mail |
| Clearfield, UT 84015 | ( ) | Facsimile |
| makia032724justice@icloud.com | (X) | Email |
| *PRO SE* | ( ) | E-filing Notification |

*/s/ Cassidy E. Kirkham*