Kristin A. VanOrman (Utah Bar 7333)
Darcy M. Goddard (Utah Bar 13426)
Shayla A. Slaymaker (Utah Bar 20006)
**STRONG & HANNI, P.C.**
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
Email: kvanoman@strongandhanni.com
Email: dgoddard@strongandhanni.com
Email: sslaymaker@strongandhanni.com

*Attorneys for Defendant Clearfield Police Department*

---

**IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH**
**NORTHERN DISTRICT OF UTAH**

| | |
|---|---|
| CORY JONES and CHERYL JONES,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARFIELD POLICE DEPARTMENT, UNITED STATES DRUG ENFORCEMENT AGENCY, and NICHOLAS LYON,<br><br>Defendants. | **ORDER GRANTING:**<br><br>**CLEARFIELD POLICE DEPARTMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Civil. No. 1:26-cv-00016<br><br>The Honorable Dustin B. Pead<br>United States Magistrate Judge |

Having reviewed Defendant Clearfield Police Department's (Clearfield PD) Motion for Extension of Time to Respond to Plaintiffs' Complaint (Motion, Doc. __), and for good cause appearing, the Motion is hereby granted. The deadline for Clearfield PD to answer or otherwise respond to Plaintiffs' Complaint shall be extended to and including April 13, 2026.

SO ORDERED:

______________________________________ ___________

The Honorable Dustin B. Pead Date
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2026, a true and correct copy of the foregoing Defendant Clearfield Police Department's Motion for Extension of Time to Respond to Plaintiffs' Complaint was served to the following indicated by the method indicated below:

| | | |
|---|---|---|
| Cheryl Jones | (X) | U.S. Mail, postage prepaid |
| Cory Jones | ( ) | Hand Delivery |
| 644 N. 1250 W. | ( ) | Overnight Mail |
| Clearfield, UT 84015 | ( ) | Facsimile |
| makia032724justice@icloud.com | (X) | Email |
| *PRO SE* | ( ) | E-filing Notification |

*/s/ Cassidy E. Kirkham*