**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| CORY JONES and CHERYL JONES,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARFIELD POLICE DEPARTMENT, UNITED STATES DRUG ENFORCEMENT AGENCY, and NICHOLAS LYON,<br><br>Defendants. | **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Civil. No. 1:26-cv-00016 DBP<br><br>Dustin B. Pead<br>United States Magistrate Judge |

Before the court is Defendant's Motion for Extension of Time to Answer Plaintiff's Complaint. (ECF No. 13.) After reviewing Defendant's Motion, and for good cause appearing, the Motion is GRANTED. The deadline for Defendant Clearfield Police Department to answer or otherwise respond to Plaintiffs' Complaint is extended up to and including April 13, 2026.

DATED this 20 March 2026.

Dustin B. Pead
United States Magistrate Judge