# CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of April, 2026, a true and correct copy of **Plaintiffs' Memorandum in Opposition to Defendant Clearfield Police Department's Motion to Dismiss** was served upon all parties or counsel of record by electronic filing through the Court's CM/ECF system and/or by U.S. Mail, postage prepaid, addressed as follows:

Darcy M. Goddard, Esq.
Kristin A. VanOrman, Esq.
Shayla A. Slaymaker, Esq.
Strong & Hanni, P.C.
Attorneys for Defendant Clearfield Police Department
102 South 200 East, Suite 800
Salt Lake City, Utah 84111

United States Drug Enforcement Administration
2570 W. 1700 S.
Salt Lake City, Utah 84104

Nicholas Lyon

DATED this 21 day of April, 2026.

Cheryl Jones

Cory Jones