**CERTIFICATE OF SERVICE**

I hereby certify that on the 21 day of April, 2026, a true and correct copy of **Plaintiffs' First Amended Complaint and Demand for Jury Trial** was served upon all parties or counsel of record by electronic filing through the Court's CM/ECF system and/or by U.S. Mail, postage prepaid, addressed as follows:

Darcy M. Goddard, Esq.
Kristin A. VanOrman, Esq.
Shayla A. Slaymaker, Esq.
Strong & Hanni, P.C.
Attorneys for Defendant Clearfield Police Department
102 South 200 East, Suite 800
Salt Lake City, Utah 84111

United States Drug Enforcement Administration
2570 W. 1700 S.
Salt Lake City, Utah 84104

Nicholas Lyon
[Last Known Address if known]

DATED this 21 day of April, 2026.

Cheryl Jones
[signature]

Cory Jones
[signature]