IN THE SECOND DISTRICT COURT - FARMINGTON DEPARTMENT

IN AND FOR DAVIS COUNTY, STATE OF UTAH

**AFFIDAVIT FOR SEARCH WARRANT**

STATE OF UTAH )
:ss
County of Davis )

The undersigned affiant, Officer HUNTER JOHN MILLER of Clearfield Police, upon an oath or written affidavit subscribed under criminal penalty, declares:

That your affiant has reason to believe:

THAT

On the premises known as 644 N 1250 W Clearfield, Utah, 84015,further described as A split-level, single-family dwelling which faces west. The number #644 is on the left side of the front door when facing the front door of the house. The residence is made up of brown brick and blue siding with white trim.;

In the City of Clearfield, County of Davis, State of Utah, there is now certain property or evidence described as:

Any and all items associated with the attempted suicide of the victim, including, but not limited to, ropes, cords, leashes, and tow straps. Also including any documents, whether written or typed, electronically or physically, of intended suicide or self-harm.

and that said property or evidence:

Was unlawfully acquired or is unlawfully possessed;

has been used or is possessed for the purpose of being used to commit or conceal the commission of an offense; or

is evidence of illegal conduct.

Affiant believes the property and evidence described above is evidence of the crime or crimes of Aggravated Assault 76-5-103.

Obstruction of Justice 76-8-306..

The facts to establish the grounds for issuance of a Search Warrant are:

I am a police officer for Clearfield City Police Department, assigned to the Administrative Division as a Student Recourse Officer. I have been a certified peace officer since graduating POST in December of 2020.

Since working with Clearfield Police, I have been involved in numerous investigations involving vehicle searches, searches of persons as well as property. I have received in-depth trainings regarding such searches, as well as skill-based trainings regarding interview and interrogation, mental health, weapon and personal combat, case law, and high-risk incident management.

I have been involved as a primary officer, as will as an assisting officer in numerous investigations regarding sex crimes such as voyeurism, rape, sexual assault, sexual exploitation, and child abuse. I have also been involved in numerous death investigations, both attended and unattended. Multiple deaths investigated have been the result of accidents, or self-inflicted acts.

For much of my career, I have spent time as a Field Training Officer with the responsibility of training newly hired officers in the department. I received a recent assignment transfer to the Administrative Division as a Student Recourse Officer, where I have assumed responsibility of every public school in Clearfield City.

Aggravated Assault 76-5-103.

On March 27, 2024, police were dispatched to 644 N 1250 W for report of a hanging. Multiple complainants reported their neighbor / relative hanging from her neck in the above listed bedroom of the home. After removing the victim from a ceiling hook, family began conducting life-saving measures until police arrived.

Upon brief, preliminary investigation while police and medical personnel worked the victims, a note was found on a nearby desk, seemingly written by the victim indicating intentional self-harm. No other evidence was found to definitively determine suicide. Multiple family members disclosed unwillingness to let police investigate inside the home. It is unknown if the family did, or did not have any involvement in the victim's hanging.

Obstruction of Justice 76-8-306.

Upon police arrival, several relatives refused cooperation when asked to remain outside of the home, one of which attempted on several occasions to enter a room not occupied by the victim. As medical personnel began moving the victim from the room of the home, one homeowner expressed how they did not want police investigating inside the home.

WHEREFORE, your affiant prays that a Search Warrant be issued for the seizure of said items in the daytime.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

Executed on: 27th day of March, 2024 @ 02:27 PM by /s/ HUNTER JOHN MILLER