---

IN THE SECOND DISTRICT COURT - FARMINGTON DEPARTMENT

IN AND FOR DAVIS COUNTY, STATE OF UTAH

---

**SEARCH WARRANT**

No. 2851221

COUNTY OF DAVIS, STATE OF UTAH

To any peace officer in the State of Utah:

Proof by Affidavit made upon oath or written affirmation subscribed under criminal penalty of the State of Utah having been made to me by Officer HUNTER JOHN MILLER of Clearfield Police, this day, I am satisfied that there is probable cause to believe

THAT

> On the premises known as 644 N 1250 W Clearfield, Utah, 84015,further described as A split-level, single-family dwelling which faces west. The number #644 is on the left side of the front door when facing the front door of the house. The residence is made up of brown brick and blue siding with white trim.;

In the City of Clearfield, County of Davis, State of Utah, there is now certain property or evidence described as:

> Any and all items associated with the attempted suicide of the victim, including, but not limited to, ropes, cords, leashes, and tow straps. Also including any documents, whether written or typed, electronically or physically, of intended suicide or self-harm.

and that said property or evidence:

> Was unlawfully acquired or is unlawfully possessed;
>
> has been used or is possessed for the purpose of being used to commit or conceal the commission of an offense; or
>
> is evidence of illegal conduct.

Affiant believes the property and evidence described above is evidence of the crime or crimes of Aggravated Assault 76-5-103.

Obstruction of Justice 76-8-306..

YOU ARE THEREFORE COMMANDED:

to make a search in the daytimeof the above-named or described person, vehicle, item, and/or premises for the herein-above described property or evidence and if you find the same or any part thereof, retain such property in your custody subject to the direction of a prosecutor or an order of this Court.

Dated: 27th day of March, 2024 @ 02:35 PM /s/ **MICHAEL EDWARDS**
**District Court Judge**