# EXHIBIT A

Declaration of Cheryl Jones

**N THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, NORTHERN DIVISION**

Cory Jones and Cheryl Jones, Case No. 1:26-cv-00016-DBP

Plaintiffs,

v. Magistrate Justin B. Pead

City of Clearfield, Detective Christensen, et al.,

Defendants.

**EXHIBIT A:**

DECLARATION OF CHERYL JONES

I, Cheryl Jones, declare as follows:

1. I am a Plaintiff in this action.

2. Before filing this lawsuit, I submitted a formal request to Clearfield City Police Department for all body camera footage related to my daughter’s death, and I paid approximately $1,200 for these records.

3. I was initially given access to a Google Drive folder with body cam videos; one video, provided by an employee, shows an officer snorting methamphetamine at the scene. After receiving this, my access to Google Drive was removed and I was informed the employee was terminated.

4. I immediately contacted the records department by email to report the denied access

and requested all body cam videos be provided by thumb drive.

5. The thumb drive I received was incomplete, omitting videos I previously viewed via Google Drive.

6. I have preserved my correspondence and any recordings I was able to access.

7. I am concerned that complete and accurate evidence has not been provided, hindering my ability to present the full facts and support my claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2026.

____________________________

Cheryl Jones

/S/ Cheryl Jones