Darcy M. Goddard (Utah Bar 13426)
Kristin VanOrman (Utah Bar 7333)
Shayla A. Slaymaker (Utah Bar 20004)
**STRONG & HANNI, P.C.**
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
E-mail: dgoddard@strongandhanni.com
E-mail: kvanoman@strongandhanni.com
E-mail: sslaymaker@strongandhanni.com

*Attorneys for Defendants Clearfield City & Detective Chance Christensen*

---

**IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH**
**NORTHERN DISTRICT OF UTAH**

| | |
|---|---|
| Cheryl Jones and Cory Jones,<br><br>Plaintiffs,<br><br>v.<br><br>City of Clearfield, a municipal entity; Detective Christensen, in his individual capacity; John Doe Officers 1-5, in their individual capacities,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION:**<br><br>**CLEARFIELD DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Civil. No. 1:26-cv-00016<br><br>The Honorable Dustin B. Pead<br>United States Magistrate Judge |

Under DUCivR 7-3(b), Clearfield City, "Detective Christensen," and John Doe Officers 1-5 (collectively, Clearfield Defendants), respectfully submit for decision their Motion to Dismiss Plaintiffs' Amended Complaint[1] (Motion).

---

[1] Plaintiffs' Amended Complaint (Am. Compl.), Doc. 18, filed April 21, 2016.

The Motion was filed on May 5, 2026.[2]

Plaintiffs' Response in Opposition was filed on May 19, 2026.[3]

Clearfield Defendants' Reply in Support was filed on June 2, 2026.[4]

No further briefing is permitted by rule. Neither party requested a hearing. As such, the Motion is fully briefed and ripe for decision.

Respectfully submitted this 4th day of June, 2026.

**STRONG & HANNI, P.C.**

/s/ Darcy M. Goddard
Darcy M. Goddard
Kristin A. VanOrman
Shayla A. Slaymaker
*Attorneys for Clearfield Defendants*

[2] Clearfield Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Motion), Doc. 20, filed May 5, 2026.

[3] Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Complaint (Pls. Opp.), Doc. 25, filed May 19, 2026.

[4] Clearfield Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Amended Complaint (Motion), Doc. 27, filed June 2, 2026.

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of June 2026, a true and correct copy of the foregoing Request to Submit for Decision: Clearfield Defendants' Motion to Dismiss Plaintiffs' Amended Complaint was served on the following by the method indicated below:

| | | |
|---|---|---|
| Cheryl Jones | ( ) | U.S. Mail, postage prepaid |
| Cory Jones | ( ) | Hand Delivery |
| 644 N 1250 W | ( ) | Overnight Mail |
| Clearfield, Utah 84015 | ( ) | Facsimile |
| 808-214-0476 | (X) | Email |
| makia032724justice@icloud.com | (X) | E-filing Notification |

*/s/ Darcy M. Goddard*