FILED
2026 JUN 8 PM 1:55
CLERK
U.S. DISTRICT COURT

Cory and Cheryl Jones

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Cory and Cheryl Jones<br><br>Plaintiff,<br><br>v.<br><br>City of Clearfield, a municipal entity; Detective Christensen, in his individual capacity; John Doe Officers 1-5, in their individual capacities,<br><br>Defendant. | **Motion for More Time**<br><br>Civil. No. 1:26-cv-00016<br><br>The Honorable Dustin B. Pead United States Magistrate Judgee |

I, Plaintiffs Cheryl Jones and Cory Jones, proceeding pro se, respectfully request an extension of time to reply to the Defendants Request for a Decision and Reply to Motion to Dismiss. In support of this request, Plaintiffs state as follows: 1. Due to medical issues of the decedent's children, working a full-time job and handling the appointments of a physical disability, Plaintiffs respectfully request an extension of 2 weeks.

2. Plaintiffs are self-represented and are acting in good faith to comply with the Court's procedures and ensure a fair opportunity to present all relevant facts and arguments.4. This request is not made for the purposes of delay, but rather to allow for full and proper preparation and presentation of their reply .5. Plaintiffs have not previously requested an extension of this deadline. WHEREFORE, Plaintiffs respectfully request the Court grant an extension of 14 days CRespectfully submitted,Dated: 06/08/2026]

___/S/___CherylJones___________________________Cheryl Jones, Pro Se

___/S/___CoryJones__________________________Cory Jones, Pro Se Plaintiff, appearing unrepresented, move the court for: Motion for more time to Reply and Make a decision, for 14 days..

DATED this 6th day of June, 2026

_?s?CherylJones______________________
________