LODGED
2026 JUN 8 PM 2:05
CLERK
U.S. DISTRICT COURT
1:26cv16

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June. 2026, the foregoing document has been filed electronically through the District of Utah ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing and was sent to the following:

Darcy M. Goddard (Utah Bar 13426)
Kristin VanOrman (Utah Bar 7333)
Shayla A. Slaymaker (Utah Bar 20004)

☐ Regular Mail
☐ Hand Delivered
X Electronic Filing Notification
☐ Certified Mail
☐ E-mail
☐ Other:

☐ Regular Mail
☐ Hand Delivered
☐ Electronic Filing Notification
☐ Certified Mail
☐ E-mail
☐ Other:

/s/ Cheryl Jones