THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Cheryl Jones and Cory Jones,<br><br>Plaintiffs,<br>v.<br><br>City of Clearfield, a municipal entity; Detective Christensen, in his individual capacity; John Doe Officers 1-5, in their individual capacities,<br><br>Defendants. | ORDER DENYING MOTION FOR EXTENSION OF TIME<br><br>Case No. 1:26-cv-00016 AMA DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Plaintiffs who are proceeding pro se, request an extension of time to reply to Defendants' Request to Submit for Decision.[1] A Request to Submit for Decision is not a motion or any pleading that requires a response from Plaintiffs. It is simply a notice to the court that a pending motion is ripe for decision. Plaintiffs have responded to Defendants' Motion to Dismiss and there is no basis or need for a response to the Request to Submit for Decision. As such, Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

DATED this 9 June 2026.

Dustin B. Pead
United States Magistrate Judge

[1] ECF No. 29.